# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

### IN FORMA PAUPERIS AFFIDAVIT

FILED
2018 SEP 24 A 10:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

for: Declaring that the information I have given below is true and correct, I apply to this court

☑ appointment of an attorney

☑ authority to commence an action without prepayment of fees, costs or security

I. PERSONAL AND FINANCIAL DATA

   A. Your full name and present mailing address:

   DWIGHT PERNELL FOSTER

   13922 BLACKBURN RD

   ATHENS, AL 35611

   Telephone (if any): 256-232-6866

   B. Are you presently employed?   Yes _____ No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

   _____

   _____

   Weekly earnings: $ _____

   If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

   DOLLAR TREE

   935 US HIGHWAY 72 SUITE L

   ATHENS, AL 35611

   Date last worked: AUGUST 2017

   Weekly earnings: $ 29.00

Page 1 of 4

Case 5:18-cv-01560-HNJ   Document 2   Filed 09/24/18   Page 2 of 4

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?    $ _____

as interest, dividends, rents, or investment income of any kind?    $ _____

as gifts or inheritance?    $ _____

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?    $ _192.00_____

from pensions, annuities, workmen's compensation, disability or other insurance policies?    $ _____

from all other sources?    $ _____

C.    How much money do you own or have in any checking or savings accounts?    $ _200_____

D.    Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?
Yes _____   No __✓____

If the answer is "yes," describe the property and state its approximate value:
_____
_____
_____
_____

E.    How much money do you owe others?    $ _____

As to each debt of over $100.00, state the name of the creditor, the approximate total amount owed to that creditor, and the monthly payment amount you currently owe and/or are paying to that creditor.
_____
_____
_____
_____

F.    List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.
_____
_____
_____

Page 2 of 4

G. Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes _____ No ✓

If the answer is "yes," provide the following information for each such person:

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

Name:_____
Relationship:_____
Employer:_____
Weekly earnings: $_____

H. Any other information which you believe supports your claim that you cannot financially afford to make payment of court fees, costs, or security.
INDIGENT - I FILE THIS COMPLAINT FOR OTHERS SIMILARLY SITUATED FOR THOSE WHO SUFFERED RETALIATION, MATERIALLY ADVERSE ACTIONS FOR ASSERTING THEIR RIGHTS ENGAGING IN PROTECTED ACTIVITY AND WERE DEPRIVED AND DENIED REASONABLE ACCOMMODATION THIS HAS A DISPARATE IMPACT ON MINORITIES AND THOSE W/DISABILITIES
(Attach additional sheets as needed)

## II. EFFORTS TO OBTAIN AN ATTORNEY
(To be completed if requesting Appointment of an Attorney)

A. Have you talked with an attorney about handling your claim?
Yes ✓ No _____

If "yes," give the following information about each attorney with whom you have talked:

Attorney: ERIC ARTRIP
When: JULY
Where:_____
How (by telephone, in person, etc.): LETTER

Attorney: JEREMIAH HODGES
When: SEPTEMBER
Where:_____
How (by telephone, in person, etc.):_____

B. Explain any other effect you have made to contact an attorney to handle your claim.
HAVE A SHORT TIME LIMIT DO NOT HAVE A COMPUTER OR INTERNET ACCESS

C. Any other information which supports your application for the court to appoint an attorney for you:
AN ADVOCATE WHO HAS EXPERIENCE AND KNOWLEDGE OF EMPLOYMENT LAW MY CIVIL RIGHTS WERE VIOLATED BY INTENTIONAL DISCRIMINATION MY REASONABLE ACCOMMODATION WAS IGNORED ON A REGULAR BASIS

D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose:
L. PALMER BIRMINGHAM, AL

(Attach additional sheets as needed)

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding __4__ pages is true and correct.

Date: 9/22/18

Signature

WITNESS:
Janet A. Foster