UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DWIGHT FOSTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  5:18-cv-01560-HNJ |
| ) | |
| DOLLAR TREE STORES, INC., ) | |
| ) | |
| Defendant ) | |

**O R D E R**

Plaintiff filed a request to proceed *in forma pauperis.*  (Doc. 2).  After consideration of the motion and affidavit, the court **GRANTS** plaintiff's motion.  Plaintiff also filed a Motion to Appoint Counsel.  (Doc. 2).  Pursuant to the Plan for Pro Bono Counsel for Qualified Unrepresented Parties in Civil Cases, effective November 18, 2016, the Court **REFERS** this matter to the Clerk for selection of counsel from the Panel.  The Clerk shall randomly select an attorney from the Civil Pro Bono Panel and notify the attorney of his or her selection.  Within fourteen (14) days of notification, the attorney shall either (1) enter a written notice of appearance or (2) notify the Clerk by letter of his or her declination in accordance with the provisions of the plan.

**DONE** this 25th day of September, 2018.

                                                _____
                                                HERMAN N. JOHNSON, JR.
                                                UNITED STATES MAGISTRATE JUDGE