FILED
2018 Sep-25 AM 08:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

SUMMONS

| | | |
|---|---|---|
| Dwight Foster, | ) | |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CASE NUMBER: |
| Dollar Tree Stores Inc, | ) | |
| | ) | 5:18-cv-1560-HNJ |
| Defendant. | ) | |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon plaintiff's attorney:

Dwight Foster
13922 Blackburn Road
Athens, Alabama 35611

a response to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, <u>judgment by default</u> may be taken <u>against you</u> for the relief demanded in the complaint. A signed copy of your response must also be filed with the court.

SHARON HARRIS, CLERK

September 25, 2018                           By: *Brittany Jame*
                                             Deputy Clerk

-----------------------------------------------------------------

SERVE: per U.S. Marshal's Form 285

Clerk, United States District Court
Northern District of Alabama
101 Holmes Avenue, Northeast
Huntsville, AL 35801

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See instructions for "Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Dwight Foster | COURT CASE NUMBER<br>5:18-cv-1560-HNJ |
|---|---|
| DEFENDANT<br>Dollar Tree Stores Inc | TYPE OF PROCESS<br>s/c |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dollar Tree Stores Inc
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
641 South Lawrence Street, Montgomery, Alabama 36104

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Dwight Foster
13922 Blackburn Road
Athens, Alabama 35611

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | x |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                                       Fold

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF    [ ] DEFENDANT
*Brittany James / Deputy Clerk*
TELEPHONE NUMBER: 256-534-6495    DATE: 9/25/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

[ ] I hereby certify and return that [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date           Time    [ ] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED   **PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00