UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| DWIGHT FOSTER, | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) Case No.  5:18-cv-01560-HNJ |
| DOLLAR TREE STORES, INC., | ) ) |
| Defendant | ) |

**O R D E R**

The court has been made aware that the pro se plaintiff in this action is represented by Leslie A. Palmer in a similar case, *Foster v. Kohl's Dep't Store*, Case No. 5:17-cv-00543-MHH.   Therefore, based upon Ms. Palmer's consent, the court **APPOINTS** Ms. Palmer to represent plaintiff in this action pursuant to the rules of this court for appointing counsel to represent pro se plaintiffs.   The court **DIRECTS** the Clerk to provide a copy of this order to Ms. Palmer, and Ms. Palmer shall file a notice of appearance in this action within fourteen (14) days from the entry date of this order.

**DONE** this 27th day of September, 2018.

_____
HERMAN N. JOHNSON, JR.
UNITED STATES MAGISTRATE JUDGE